IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BETTINA A. STOUTMIRE-McGHEE,** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 22-00142-KD-B |
| **KILOLO KIJAKAZI,** Acting Commissioner of Social Security, | * |
| Defendant. | * |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections[1] filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 8, 2022(doc. 2), is **ADOPTED** as the opinion of this Court.

Accordingly, this action is transferred to the United States District Court for the Middle District of Alabama, Frank M. Johnson Jr. U.S. Courthouse, One Church Street, Montgomery, Alabama 36104.

**DONE** this 20th day of April 2022.

**s/ Kristi K. DuBose**

---

[1] Plaintiff responded to the Report and Recommendation. She asked for information as to the transferee court and asked whether the action would be transferred but did not object to the transfer (doc. 4).

**UNITED STATES DISTRICT JUDGE**